# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

**OCT 18, 2019**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ BH _____ DEPUTY

In re: Lake Mathews Mineral

   Properties, Ltd.,

                Debtor.

Case No.: 2:19-CV-00921-VAP

_____

Paul Merritt,

                Appellant,

**Judgment**

     v.

Elissa D. Miller,

                Appellee.


**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:


Pursuant to the Court's October 16, 2019 Order Affirming the Bankruptcy Court's Order Disallowing Merritt's Proof of Claim (Claim Number 29), IT IS ORDERED AND ADJUDGED that the Bankruptcy Court's Order Disallowing Merritt's Proof of Claim (Claim Number 29) is AFFIRMED.


**IT IS SO ORDERED.**


Dated:    10/18/19

                                   *Virginia A. Phillips*
                                Virginia A. Phillips
                   Chief United States District Judge